

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
01/30/2020

IN RE:                                        CASE NO. 19–20194
Rachael Dube Garcia                CHAPTER 13

       Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*46* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 1,561.88
        Owed to: RACHAEL GARCIA

Signed and Entered on Docket: 1/30/20.

                                                          by: <u>Kristy Love</u>
                                                               Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.