

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
04/09/2020

IN RE:  
Rachael Dube Garcia

CASE NO. 19–20194  
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*49* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 219.23  
Owed to: Rachael D Garcia

Signed and Entered on Docket: 4/9/20.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.